UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHANDER BHAN,<br>Petitioner | CIVIL DOCKET NO. 1:20-CV-00941-P |
| VERSUS | JUDGE DAVID C. JOSEPH |
| KIRSTEN NIELSEN,<br>Respondent | MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 5) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers, this 24th day of November, 2020.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE